William E. Winfield (State Bar #122055)
Brian D. Hefelfinger (State Bar #253054)
**NORDMAN CORMANY HAIR & COMPTON LLP**
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, California 93031-9100
(805) 485-1000
(805) 988-8387 (fax)
E-Mail: wwinfield@nchc.com;
bhefelfinger@nchc.com

Attorneys for Creditor
Community West Bank, N.A.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>Tracy Andrea Keifer,<br><br>        Debtor. | CASE NO. 10-57021<br><br>Chapter 13<br><br>R.S. NO. NCHC-050<br><br>**CERTIFICATE OF SERVICE OF ORDER FOR RELIEF FROM AUTOMATIC STAY** |

## CERTIFICATE OF SERVICE

I, Heidi A. O'Brien, declare that

I am employed at the offices of Nordman Cormany Hair & Compton located in the County of Ventura, State of California. I am over the age of 18 and am not a party to the within action. My business address is 1000 Town Center Drive, 6th Floor, Oxnard, CA 93036.

///

///

///

On October 6, 2010, I served the within Order for Relief from Automatic stay on the interested parties in this action by placing a true and correct copy in the United States Mail at Oxnard, California,:

☑ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

**SEE ATTACHED LIST**

☑ **BY MAIL**

☐ I deposited such envelope in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid.

☑ I caused such envelope to be deposited in the mail at Oxnard, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Oxnard, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☑ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 7, 2010.

**NORDMAN CORMANY HAIR & COMPTON LLP**

_____
Heidi A. O'Brien

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nordman Cormany Hair & Compton LLP
1000 Town Center Drive, Sixth Floor
Oxnard, California 93036
P.O. Box 9100
Oxnard, California 93031-9100

A true and correct copy of the foregoing document ORDER FOR RELIEF FROM AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 7, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

gh-court-ecf-only@sbcglobal.net

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___October 7, 2010___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Weissbrodt
c/o Courtesy Copy /Intake
280 South First Street, Room 3035
San Jose, CA 95113-3099

**Tracy Andrea Keifer**
**4428 Tilbury Drive**
**San Jose, CA 95130**

Court Clerk
c/o Courtesy Copy/Intake
280 South First Street
San Jose, CA 95113

Norma L. Hammes
Law Offices of Gold and Hammes
1570 The Alameda #223
San Jose, CA 95126

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

17653\026\PLD\10541512.DOC

3

| | |
|---|---|
| 1 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg. |
| 2 | 280 S 1st St. #268<br>San Jose, CA 95113-3004 |
| 3 | |
| 4 | CA Employment Development Dept.,<br>Bankruptcy Group MIC 92E,<br> P.O. Box 826880, |
| 5 | Sacramento, CA 94280-0001 |
| 6 | Wells Fargo<br>PO Box 25341 |
| 7 |  Santa Ana CA 92799-5341 |
| 8 | Wells Fargo<br>PO Box 54780 |
| 9 | Los Angeles CA 90054-0780 |
| 10 | Tax Collector - Santa Clara Co<br>70 W Hedding St |
| 11 | San Jose CA 95110-1767 |
| 12 | Sears<br>PO Box 688957 |
| 13 | Des Moines IA 50368-8957 |
| 14 | Monterey Oaks Mobilehome Park<br>6130 Monterey Rd |
| 15 | San Jose CA 95138-1703 |
| 16 | Leading Edge Recovery<br>5440 N Cumberland Ave #300 |
| 17 | Chicago IL 60656-1486 |
| 18 | Citibank<br>PO Box 6191 |
| 19 | Sioux Falls SD 57117-6191 |
| 20 | |
| 21 | State Board of Equalization,<br>Attn: Special Procedures Section, MIC:55<br>P.O. Box 942879 |
| 22 | Sacramento, CA 94279-0001 |
| 23 | Secretary of The Treasury<br>15th and Pennsylvania Ave. NW |
| 24 | Washington, DC 20220-0001 |
| 25 | CA Franchise Tax Board<br>Attn: Special Procedures |
| 26 | P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| 27 | |
| 28 | |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 7, 2010 | Heidi A. O'Brien | *Heidi A O'Brien* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |