SANTA CLARA COUNTY DEPARTMENT OF CHILD SUPPORT
SERVICES
2851 JUNCTION AVE
SAN JOSE CA 95134-1910

**FILED**
SEP 17 2010
United States CLERK
San Jose, Bankruptcy Court

09/15/2010

US Bankruptcy Court
280 S 1ST ST RM 3035
SAN JOSE CA 95113-3010

CSE Case Number: 0850137033-01
Custodial Party:
  LISA L THROCKMORTON
Noncustodial Parent:
  GILBERT GARCIA
Court Case Number: 106CS115690

Dear US Bankruptcy Court:

RE: 10-56358

Please add us to the list of creditors for the purpose of notice.

Thank you.

Please contact us at (866) 901-3212 with the above case number if you have any questions.

Sincerely,

DARRYL LEONG
Child Support Representative

FREE FORM CORRESPONDENCE
DCSS 0196 (08/16/04)

STATE OF CALIFORNIA – HEALTH AND HUMAN SERVICES AGENCY
DEPARTMENT OF CHILD SUPPORT SERVICES
LEGAL ATTO

DD2196386718

Case: 10-57149   Doc#    Filed: 09/17/10   Entered: 09/17/10 13:45:49   Page 1 of 1