| | |
|---|---|
| 1 | Marc Voisenat (CSB# 170935)<br>1330 Broadway, Suite 734<br>Oakland, Ca. 94612<br>Tel: (510) 272-9710<br>Fax: (510) 272-9158 |
| 2 | |
| 3 | |
| 4 | Attorney for Debtor<br>Pepito C. Lim |

United States Bankruptcy Court

Northern District of California

| In re:<br><br>Pepito C. Lim<br><br>      Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 10-57149<br><br>**NOTICE OF HEARING ON MOTION TO REOPEN CASE AND VACATE ORDER OF DISMISSAL**<br><br>Date: September 7, 1010<br>Time: 9:50 a.m.<br>Room: 3035 |

TO: ALL INTERESTED PARTIES AND THEIR ATTORNEY OF RECORD

NOTICE IS HEREBY GIVEN that a hearing on the debtor's Motion to Reopen case and vacate order of dismissal shall be heard on September 7, 2010 at 9:50 a.m. in Courtroom 3035 located in the U.S. Bankruptcy Court located at 280 South First Street, San Jose, California.

The motion is brought pursuant to 11 U.S.C §§ 105 and 350, Bankruptcy Rules 5010, 9006(b)(1), 9024 and Federal Rule 60.

Dated:  September 2, 2010

                                                                                                                  /s/Marc Voisenat
                                                                                                                  Marc Voisenat , Attorney for Debtor

# PROOF OF SERVICE

I am over the age of 18 and not a party to the within action; my business address is 1330 Broadway, Suite 734, Oakland, California 94612

On September 2, 2010, I served the foregoing document described as: **NOTICE OF HEARING ON MOTION TO REOPEN CASE AND VACATE ORDER OF DISMISSAL; ORDER SHORTENING TIME** on the interested parties by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland addressed as follows:

CA Franchise Tax Board
Attn: Special Procedures
P.O. Box 2952
Sacramento, CA 95812-2952

DISH NETWORK
131 TOWER PARK DR STE 100
WATERLOO IA 50701-9374

FIRST FEDERAL BANK OF
401 WILSHIRE BLVD 3
 SANTA MONICA, CA 90401-1475

GMAC MORTGAGE LLC
3451 HAMMOND AVE
WATERLOO, IA 50702-5300

Office of the U.S. Trustee / SJ
U.S. Federal Bldg.
280 S 1st St. #268
San Jose, CA 95113-3004

 Secretary of The Treasury
15th and Pennsylvania Ave. NW
Washington, DC 20220-0001

BARCLAYS BANK DELAWARE
125 S WEST ST
WILMINGTON, DE 19801-5014

CHASE
PO BOX 15298
WILMINGTON, DE 19850-5298

DIVERSIFIED ADJUSTMENT
600 COON RAPIDS BLVD NW
COON RAPIDS, MN 55433-5549

FORD MOTOR CREDIT
PO BOX 542000
OMAHA, NE 68154-8000

GMAC Mortgage, LLC
Pite Duncan, LLP
4375 Jutland Drive Suite 200
P.O box 17933
San Diego, CA 92177-7921

MARRIOT OWNERSHIP
1200 US HIGHWAY 98 S STE
LAKELAND, FL 33801-5901

PROVIDENT SAVINGS BANK
3756 CENTRAL AVENUE
RIVERSIDE, CA 92506-2469

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279-0001

| | | |
|---|---|---|
| 1 | Melodie A. Whitson | GMAC MORTGAGE |
| | Pite Duncan | PO BOX 4622 |
| 2 | 4375 Jutland Dr. #200 | WATERLOO, IA 50704-4622 |
| 3 | San Diego, CA 92117-3600 | GREEN POINT SAVINGS |
| | | 4160 MAIN ST |
| 4 | CA Employment Development Dept. | FLUSHING, NY 11355-3806 |
| | Bankruptcy Group MIC 92E | |
| 5 | P.O. Box 826880 | Melodie A. Whitson |
| | Sacramento, CA 94280-0001 | PITE DUNCAN LLP |
| 6 | | 4375 Jutland Drive, Suite 200 |
| | DICOVER FIN SVCS LLC | P.O. Box 17933 |
| 7 | PO BOX 15316 | San Diego, CA 92177-7921 |
| | WILMINGTON, DE 19850-5316 | |
| 8 | | ETS Services, LLC |
| | Devin Derham-Burk | 2255 North Ontario Street, Suite 400 |
| 9 | P.O. Box 50013 | Burbank, Ca. 91504-3120 |
| | San Jose, CA 95150-0013 | |
| 10 | | REAL TIME SOLUTIONS |
| | | 1750 REGAL ROW |
| 11 | | DALLAS, TX 75235-2289 |

13    I declare, under penalty of perjury, under the laws of the State of California that the

14   foregoing is true and correct.

15    Executed on September 2, 2010 at Oakland, California.

                                                    /s/ Marc Voisenat
                                                    Marc Voisenat, Attorney for
                                                    Debtor