Marc Voisenat (CSB# 170935)
1330 Broadway, Suite 734
Oakland, Ca. 94612
Tel: (510) 272-9710
Fax: (510) 272-9158
Email: Voisenat@gmail.com

Attorney for Debtor
Pepito C. Lim

The following constitutes the
Order of the Court Signed, September 9, 2010

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of California

In re:

Pepito C. Lim

  Debtor.

) Case No.: 10-57149  Ch. 13
) Amended
) ORDER TO REOPEN CASE AND
) VACATE ORDER OF DISMISSAL
)
) Date: September 7, 1010
) Time: 9:50 a.m.
) Room: 3035

   The above matter came on for hearing at the above date and time. Appearances were stated on the record. The Court having received and reviewed the Motion to Reopen Case and Vacate Order of Dismissal entered on August 12, 2010 and good cause appearing therefore, the Court hereby Grants the motion and reopens the case and vacates the Order dismissing the above captioned case entered on August 12, 2010. A prehearing conference will be heard on November 2, 2010 at 1:45 p.m.

Arthur S. Weissbrodt
United States Bankruptcy Judge